IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:19-CR-6-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| LINDA CAROL TOMLIN, ) | |
| Defendant. ) | |

This matter came before the court on April 30 2019, for hearing of the Government's motion to detain Defendant Linda Carol Tomlin pending trial. Defendant was present and represented by Assistant Federal Defender Andrew K. Kukorowski, and the Government was represented by Assistant United States Attorney Dena J. King. Following the testimony of the witnesses presented and with the consent of the parties, the court ORDERED that Defendant undergo a substance abuse assessment and that the hearing be CONTINUED to **May 6, 2019, at 2:00 p.m.**

This 13th day of May 2019, for April 30, 2019.

KIMBERLY A. SWANK
United States Magistrate Judge