UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:19-CR-6-2H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINDA CAROL TOMLIN | ORDER |

This matter is before the Court on motion of the Office of the Federal Public Defender for a status conference in the above-referenced matter. For good cause shown, the motion is GRANTED, and the matter is hereby SCHEDULED for a status conference in lieu of a bond review hearing on November 4, 2019.

This 24th day of October 2019.

KIMBERLY A. SWANK
United States Magistrate Judge